IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00553-JRG |
| GOOGLE LLC, | § § § | |
| *Defendant.* | § § § | |

## ORDER

Before the Court is Defendant Google LLC's ("Google") Motion for Permission to File Deposition Transcript Under Seal in Related Case (the "Motion"). (Dkt. No. 75.) In the Motion, Google seeks permission to file under seal, in the related case of *Google LLC v. Fortress Investment Group et al.*, No. 19-mc-202 (RGA) (D. Del.), the 30(b)(6) deposition transcript of Plaintiff Uniloc 2017 LLC ("Uniloc"), taken on October 4, 2019. (*Id.* at 1.)

In Uniloc's Response to the Motion, Uniloc alleges misconduct by Google related to the mandatory meet and confer process which Google and Uniloc conducted prior to the filing of the Motion. (Dkt. No. 83.) In light of the serious accusations made by Uniloc, the Court ordered that a reply and sur-reply be filed by the Parties to address the allegations. (Dkt. No. 84.) Subsequently, Google filed its Reply in Support of the Motion (Dkt. No. 91) and Uniloc filed its Sur-Reply to Google's Motion (Dkt. No. 94).

Having considered the Motion and the subsequent briefing, the Court is of the opinion that the Parties would benefit from renewing their efforts to meet and confer. Accordingly, the Court **ORDERS** the Parties to meet and confer, in person, on **November 12, 2019 at 9:00 a.m.** at the Sam B. Hall, Jr. Federal Building and United States Courthouse, Courtroom 106, 100 E. Houston

St., Marshall, TX 75670. Pending such conference, the Parties should be prepared to inform the Court about the status of their disputes. Lead counsel as well as any local counsel of record must attend and participate.

**So Ordered this**
Nov 7, 2019

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE