# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | No. 2:18-cv-00553-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Google hereby provides notice that it has served its required P.R. 4-2 Proposed Claim Constructions and Preliminary Identification of Extrinsic Evidence on counsel for Plaintiff via electronic mail on November 7, 2019.

Dated:  November 8, 2019

Respectfully submitted,

*/s/ David Perlson with permission*
 *by Michael E. Jones*
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Antonio Sistos
antoniosistos@quinnemanuel.com
David Doak
daviddoak@quinnemanuel.com
Jonathan Tse
jonathantse@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

Deepa Acharya
deepaacharya@quinnemanuel.com
Sean Damon
seandamon@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel : 202-538-8000
Fax : 202-538-8100

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

*Attorneys for Google LLC*