# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **UNILOC 2017 LLC** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Case No. 2:18-cv-553-JRG |
| | § | |
| **GOOGLE LLC,** | § | **FILED UNDER SEAL** |
| | § | |
| *Defendant*. | § | |

## JOINT STATUS REPORT

Pursuant to the Court's direction at the hearing on plaintiff's Motion to Compel Production of Log Files, the parties have met and conferred and resolved their disputes, as set forth in the attached Non-Dispute Agreement.

Dated: November 16, 2019          Respectfully submitted by:

/s/ James L. Etheridge, with permission by
Michael E. Jones
James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeff Huang
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jeff@EtheridgeLaw.com

**ATTORNEYS FOR UNILOC**

*/s/ Michael E. Jones*
David Perlson
davidperlson@quinnemanuel.com
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
Jonathan Tse
 jonathantse@quinnemanuel.com
David Doak
daviddoak@quinnemanuel.com
Antonio Sistos
antoniosistos@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6344
Fax: 415-875-6700

Deepa Acharya
deepaacharya@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900 20005
Washington, D.C. 20005-4107
Tel: 202-538-8107
Fax:  202-538-8100

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Earl Glenn Thames, Jr.
State Bar No.00785097
glennthames@potterminton.com
Patrick C. Clutter
State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Joseph Drayton
NY Bar No. 2875318
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

                                          Tel:  212-479-6275
                                          Fax:  212-479-6275
                                          Email:  jdrayton@cooley.com

                                          **Attorneys for Defendants Google LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on November 16, 2019.

      I also hereby certify that all counsel of record who have consented to electronic service are being served with a notice of filing of this document, under seal, pursuant to L.R. CV-5(a)(7) on November 16, 2019.

                                            */s/ Michael E. Jones*

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

      I certify that the foregoing document is authorized to be filed under seal pursuant to the Protective Order entered in this case.

                                            */s/ Michael E. Jones*